## Devon SYKES, Plaintiff—Appellant,

v.

## Dr. Levester THOMPSON, Defendant—Appellee,

and

## Dave Robinson; F. Schilling, Defendants.

### No. 04–8017.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 9, 2005.

Decided: Feb. 17, 2005.

Devon Sykes, Appellant pro se.

Coreen Antoinette Bromfield, Rawls & McNelis, P.C., Richmond, Virginia, for Appellee.

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Devon Sykes appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Sykes v. Thompson*, No. CA–03–585 (E.D. Va. filed Nov. 30, 2004; Dec. 2, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*